FILED

2009 SEP 15 PM 4: 03

CLERK US DI...... COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

NOT FOR PUBLIC VIEW

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. No. 09 CR 2709-7-BTM |
| | ) | |
| Plaintiff, | ) | ORDER FOR AUTHORIZATION OF EXCESS |
| | ) | COPYING FEES |
| v. | ) | 18 U.S.C. 3006(e)(3) |
| | ) | |
| KHAMLA PHOMPHILA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO: U.S. DISTRICT COURT CJA CLERK

      Pursuant to 18 U.S.C. 3006(A)(e)(3), and good cause appearing,

counsel for defendant KHAMLA PHOMPHILA is authorized the services

of a copying service, COPY CONNECTION. Upon submission of

appropriate itemization, fees of an additional $500 are authorized,

for a total fee of $1,000. These fees are payable directly to Copy

Connection and interim billing is acceptable.

Dated: September 15 2009

HON. BARRY T. MOSKOWITZ
DISTRICT COURT JUDGE